JS_6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR COVARRUBIAS, | ) | NO. CV 11-4231 FMO (MRWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| STATE OF CALIFORNIA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 13th day of August, 2013.

/s/
Fernando M. Olguin
United States District Judge